# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: TRAVANA, INC. | § | Case No. 17-30373-HLB |
| | § | |
| | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Andrea Wirum Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $286,632.22
*(without deducting any secured claims)*

Assets Exempt: N/A

Total Distribution to Claimants: $134,468.09

Claims Discharged
Without Payment: N/A

Total Expenses of Administration: $388,332.94

3) Total gross receipts of $ 522,801.03 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $522,801.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $20,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 324,370.75 | 388,458.94 | 388,332.94 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 268,307.46 | 54,830.57 | 58,911.85 | 58,911.85 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,783,699.44 | 13,832,392.53 | 12,587,696.60 | 75,556.24 |
| **TOTAL DISBURSEMENTS** | $3,052,006.90 | $14,231,593.85 | $13,035,067.39 | $522,801.03 |

4) This case was originally filed under Chapter 7 on April 19, 2017. The case was pending for 48 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/20/2021          By: /s/Andrea Wirum Chapter 7 Trustee
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Receipt of funds from close out of BofA accounts | 1229-000 | 324,234.20 |
| Checking Account at Bank of America , xxxxxx8143 | 1129-000 | 2,458.55 |
| Lease deposit held by Advent Software, Inc. | 1129-000 | 150,199.58 |
| Checking Account at Bank of America, xxxxxx2704 | 1229-000 | 20,001.70 |
| Insurance Refund | 1229-000 | 7,877.00 |
| Hartford Insurance refund | 1229-000 | 18,030.00 |
| **TOTAL GROSS RECEIPTS** | | **$522,801.03** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 22 | Bank of America, N.A. | 4110-000 | N/A | 20,000.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$20,000.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Andrea Wirum | 2100-000 | N/A | 29,390.05 | 29,390.05 | 29,390.05 |
| Trustee Expenses - Andrea Wirum | 2200-000 | N/A | 134.89 | 134.89 | 134.89 |
| Attorney for Trustee Fees (Trustee Firm) - Rincon Law | 3110-000 | N/A | 94,756.00 | 94,756.00 | 94,756.00 |
| Attorney for Trustee Fees (Trustee Firm) - Rincon Law | 3110-000 | N/A | 81,048.00 | 81,048.00 | 81,048.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Rincon Law | 3120-000 | N/A | 117.09 | 117.09 | 117.09 |
| Attorney for Trustee Expenses (Trustee Firm) - Rincon Law | 3120-000 | N/A | 656.39 | 656.39 | 530.39 |
| Other - Bacheki, Crom & Co., CPA'S | 3410-000 | N/A | 31,422.50 | 31,422.50 | 31,422.50 |
| Accountant for Trustee Fees (Trustee Firm) - Bachecki, Crom & Co., LLP | 3310-000 | N/A | 22,289.00 | 22,289.00 | 22,289.00 |
| Accountant for Trustee Expenses (Trustee Firm) - Bacheki, Crom & Co., LLP | 3320-000 | N/A | 823.86 | 823.86 | 823.86 |
| Other - Bachecki, Crom & Co., LLP | 3420-000 | N/A | 74.49 | 74.49 | 74.49 |
| Other - INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 356.29 | 356.29 | 356.29 |
| Other - McNutt Law Group LLP | 3991-000 | N/A | 53,565.50 | 53,565.50 | 53,565.50 |
| Other - Bacheki, Crom & Co., CPA'S | 2990-000 | N/A | 0.00 | 64,088.19 | 64,088.19 |
| Other - Franchise Tax Board | 2690-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - FTB ADMIN | 2690-000 | N/A | 800.00 | 800.00 | 800.00 |
| Other - McNutt Law Group LLP | 3992-000 | N/A | 495.14 | 495.14 | 495.14 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 234.24 | 234.24 | 234.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 453.91 | 453.91 | 453.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 519.24 | 519.24 | 519.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 450.59 | 450.59 | 450.59 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 496.64 | 496.64 | 496.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 640.95 | 640.95 | 640.95 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 656.64 | 656.64 | 656.64 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 601.56 | 601.56 | 601.56 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 444.04 | 444.04 | 444.04 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 433.81 | 433.81 | 433.81 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 413.61 | 413.61 | 413.61 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 463.75 | 463.75 | 463.75 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 399.74 | 399.74 | 399.74 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 434.22 | 434.22 | 434.22 |

Case: 17-30373   Doc# 232   Filed: 04/20/21   Entered: 04/20/21 10:57:54   Page 4 of 21

| | | | | | | |
|---|---|---|---|---|---|---|
| Other – Rabobank, N.A. | 2600-000 | N/A | 413.60 | 413.60 | 413.60 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 210.78 | 210.78 | 210.78 |
| Other – Rabobank, N.A. | 2600-000 | N/A | 248.23 | 248.23 | 248.23 |
| Other – Internal Revenue Service | 2990-000 | N/A | 126.00 | 126.00 | 126.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $324,370.75 | $388,458.94 | $388,332.94 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service | 5300-000 | N/A | N/A | 502.92 | 502.92 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 2,150.36 | 2,150.36 |
| | Internal Revenue Service | 5300-000 | N/A | N/A | 8,670.79 | 8,670.79 |
| | EDD | 5300-000 | N/A | N/A | 2,289.09 | 2,289.09 |
| | EDD | 5300-000 | N/A | N/A | 346.83 | 346.83 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 2,150.36 | 2,150.36 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 502.92 | 502.92 |
| | Internal Revenue Service | 5800-000 | N/A | N/A | 126.00 | 126.00 |
| | Employment Development Department | 5800-000 | N/A | N/A | 1,302.00 | 1,302.00 |
| 2P-3 | Internal Revenue Service | 5800-000 | N/A | 10,968.82 | 10,968.82 | 10,968.82 |
| 5 | Franchise Tax Board | 5800-000 | N/A | 829.28 | 829.28 | 829.28 |
| 6 | JULIE ANN D LLAGUNA | 5300-000 | 517.65 | 8,983.17 | 5,367.44 | 5,367.44 |
| 14P | Connecticut Department of Revenue Services | 5800-000 | 257,528.76 | 7,918.96 | 7,918.96 | 7,918.96 |
| 25P | Ahmet Sevket Seyalioglu | 5300-000 | N/A | 12,850.00 | 7,677.87 | 7,677.87 |
| 27P | Jason Chen | 5300-000 | N/A | 12,850.00 | 7,677.87 | 7,677.87 |
| EMPLOYER | Internal Revenue Service | 5800-000 | N/A | 81.57 | 81.57 | 81.57 |
| EMPLOYER | Internal Revenue Service | 5800-000 | N/A | 348.77 | 348.77 | 348.77 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Peggy Houseman | 5200-000 | 343.74 | N/A | N/A | 0.00 |
| NOTFILED | Alejandro Iglesias | 5200-000 | 365.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Kiselgof | 5200-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Avi Abubaker | 5200-000 | 236.00 | N/A | N/A | 0.00 |
| NOTFILED | Spencer Gulbronson | 5200-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Shayla Ball | 5200-000 | 235.00 | N/A | N/A | 0.00 |
| NOTFILED | Matthew Avila | 5200-000 | 185.44 | N/A | N/A | 0.00 |
| NOTFILED | Kyle Barnes | 5200-000 | 633.00 | N/A | N/A | 0.00 |
| NOTFILED | Quanh Do | 5200-000 | 405.00 | N/A | N/A | 0.00 |
| NOTFILED | Oguzhan Cetinskaya | 5200-000 | 144.00 | N/A | N/A | 0.00 |
| NOTFILED | Brita Loppnow | 5200-000 | 76.00 | N/A | N/A | 0.00 |
| NOTFILED | Michelle Leal | 5200-000 | 1,146.50 | N/A | N/A | 0.00 |
| NOTFILED | Darya Subotka | 5200-000 | 375.00 | N/A | N/A | 0.00 |
| NOTFILED | Christine So | 5200-000 | 973.73 | N/A | N/A | 0.00 |
| NOTFILED | Zheng Yang | 5200-000 | 56.65 | N/A | N/A | 0.00 |
| NOTFILED | Jennie Sin | 5200-000 | 219.00 | N/A | N/A | 0.00 |
| NOTFILED | Joey Yao | 5200-000 | 620.00 | N/A | N/A | 0.00 |
| NOTFILED | Sharon Rosenberg | 5200-000 | 83.25 | N/A | N/A | 0.00 |
| NOTFILED | Sophia Ruffo | 5200-000 | 261.99 | N/A | N/A | 0.00 |
| NOTFILED | Donna Petrick | 5200-000 | 788.50 | N/A | N/A | 0.00 |
| NOTFILED | Fernando Mendoza | 5200-000 | 1,466.25 | N/A | N/A | 0.00 |
| NOTFILED | Kenneth Quan | 5200-000 | 365.00 | N/A | N/A | 0.00 |
| NOTFILED | Burak Malkoc | 5200-000 | 505.00 | N/A | N/A | 0.00 |
| NOTFILED | Lisa Reyes | 5200-000 | 131.00 | N/A | N/A | 0.00 |
| NOTFILED | Jonathan Feng | 5200-000 | 345.00 | N/A | N/A | 0.00 |
| | Internal Revenue Service | 5800-000 | N/A | 126.00 | 126.00 | 126.00 |
| | Internal Revenue Service | 5800-000 | N/A | -126.00 | -126.00 | -126.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $268,307.46 | $54,830.57 | $58,911.85 | $58,911.85 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Modis, Inc. | 7100-000 | 20,554.00 | 20,554.00 | 20,554.00 | 0.00 |
| 2U-3 | Internal Revenue Service | 7100-000 | N/A | 3,616.95 | 3,616.95 | 20.15 |
| 3 | W. Bradley Electric Inc. | 7100-000 | 22,736.17 | 22,736.17 | 22,736.17 | 126.57 |
| 4 | QL2 Software, LLC | 7100-000 | 20,080.00 | 38,660.00 | 38,660.00 | 215.22 |
| 7 | TripAdvisor.com | 7100-000 | N/A | 10,000.00 | 10,000.00 | 55.67 |
| 8 | AMERICAN EXPRESS BANK, FSB | 7100-000 | N/A | 4,709.40 | 4,709.40 | 26.22 |
| 9 | Atlas Corps | 7100-000 | 35,000.00 | 25,000.00 | 25,000.00 | 139.17 |
| 10 | Morgan, Lewis & Bockius LLP | 7100-000 | 87,902.72 | 269,725.99 | 269,725.99 | 1,501.56 |
| 11 | Wilbert C. Messer | 7100-000 | 933,128.00 | 1,653,056.00 | 1,653,056.00 | 9,202.56 |
| 12 | Cupertino Electric, Inc. | 7100-000 | 17,859.34 | 17,859.34 | 17,859.34 | 99.42 |
| 13 | Sophia Ruffo | 7100-000 | N/A | 270.99 | 270.99 | 0.00 |
| 14U | Connecticut Department of Revenue Services | 7100-000 | N/A | 511.10 | 511.10 | 2.85 |
| 15 | Intelenet America LLC | 7100-000 | 85,039.50 | 42,520.00 | 42,520.00 | 236.71 |
| 16S | Hogan Lovells US LLP | 7100-000 | N/A | 235,000.00 | 0.00 | 0.00 |
| 16U | Hogan Lovells US LLP | 7100-000 | N/A | 185,450.36 | 185,450.36 | 1,032.40 |
| 17 | Masergy Cloud Communications, Inc. | 7100-000 | 8,196.20 | 4,359.69 | 4,359.69 | 24.27 |
| 18 -2 | Fareportal, Inc. | 7100-000 | 0.00 | 10,000,000.00 | 10,000,000.00 | 55,669.98 |
| 19 | Automated Commission Technologies, Inc. | 7100-000 | N/A | 104,080.00 | 104,080.00 | 579.41 |
| 20 | Zukerman Gore Brandeis & Crossman, LLP | 7100-000 | 29,453.75 | 105,058.93 | 105,058.93 | 584.86 |
| 21 | Upwork Global Inc. | 7100-000 | N/A | 5,390.67 | 5,390.67 | 0.00 |
| 23P | Six Degrees Law Group | 7100-000 | N/A | 6,805.63 | 6,805.63 | 0.00 |
| 23U | Six Degrees Law Group | 7100-000 | 1,170.00 | 1,170.00 | 1,170.00 | 0.00 |
| 24 -2 | Nishith Kumar | 7100-000 | N/A | 35,000.00 | 35,000.00 | 194.84 |
| 25U | Ahmet Sevket Seyalioglu | 7100-000 | N/A | 132,983.00 | 441.12 | 441.12 |
| 26 | Patriek Karayil | 7100-000 | 105,150.00 | 5,150.00 | 5,150.00 | 0.00 |
| 27U | Jason Chen | 7100-000 | 699,175.79 | 880,293.10 | 2,920.03 | 2,920.03 |
| 28 | Serotte Reich Wilson LLP | 7200-000 | N/A | 2,350.00 | 2,350.00 | 0.00 |
| 29 | Ho Yen Dong | 7200-000 | 16,666.00 | 17,817.00 | 17,817.00 | 0.00 |
| 30 -2 | FRANCHISE TAX BOARD (ADMINISTRATIVE) | 7200-000 | N/A | N/A | 0.00 | 0.00 |
| REG | United States Bankruptcy Court Registry | 7100-000 | N/A | N/A | 219.02 | 219.02 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | FusionStorm | 7100-000 | 65,575.83 | N/A | N/A | 0.00 |
| NOTFILED | Getty Images (US), Inc. | 7100-000 | 3,300.00 | N/A | N/A | 0.00 |
| NOTFILED | Associated Services | 7100-000 | 1,200.93 | N/A | N/A | 0.00 |
| NOTFILED | Frank Rimmerman | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kount | 7100-000 | 4,180.30 | N/A | N/A | 0.00 |
| NOTFILED | Ernst & Young U.S. LLP | 7100-000 | 5,280.00 | N/A | N/A | 0.00 |
| NOTFILED | Applause | 7100-000 | 21,539.00 | N/A | N/A | 0.00 |
| NOTFILED | Cheapflights Media (USA) Inc. | 7100-000 | 24,344.91 | N/A | N/A | 0.00 |
| NOTFILED | Adobe Systems Inc. | 7100-000 | 2,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Adobe | 7100-000 | 2,425.20 | N/A | N/A | 0.00 |
| NOTFILED | Gimmonix Technologies | 7100-000 | 1,039.83 | N/A | N/A | 0.00 |
| NOTFILED | Acertify, Inc. | 7100-000 | 9,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Amadeus | 7100-000 | 2,619.94 | N/A | N/A | 0.00 |
| NOTFILED | Intel Lex / Alexander Popescu | 7100-000 | 675.00 | N/A | N/A | 0.00 |
| NOTFILED | Bogdan Dragomir | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Allen Matkins | 7100-000 | 440.00 | N/A | N/A | 0.00 |
| NOTFILED | All N 1Solutions | 7100-000 | 17,433.87 | N/A | N/A | 0.00 |
| NOTFILED | Jobvite Inc. | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | GTA | 7100-000 | 1,534.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul D. Supnik | 7100-000 | 3,165.00 | N/A | N/A | 0.00 |
| NOTFILED | NetSuite | 7100-000 | 26,875.12 | N/A | N/A | 0.00 |
| NOTFILED | Olapic, Inc. | 7100-000 | 8,500.00 | N/A | N/A | 0.00 |
| NOTFILED | PG&E | 7100-000 | 5,880.62 | N/A | N/A | 0.00 |
| NOTFILED | Phillips Computer Forensics | 7100-000 | 2,051.67 | N/A | N/A | 0.00 |
| NOTFILED | Alonzo Jennings III | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Salesforce.com Inc | 7100-000 | 13,500.00 | N/A | N/A | 0.00 |
| NOTFILED | SD Mayer & Associates, LP | 7100-000 | 9,158.75 | N/A | N/A | 0.00 |
| NOTFILED | Musick, Peeler & Garrett LLP | 7100-000 | 8,203.67 | N/A | N/A | 0.00 |
| NOTFILED | Mosaic NetworkX, LLC | 7100-000 | 3,331.44 | N/A | N/A | 0.00 |
| NOTFILED | Cheaplights Media | 7100-000 | 24,344.91 | N/A | N/A | 0.00 |
| NOTFILED | HireRight | 7100-000 | 135.92 | N/A | N/A | 0.00 |
| NOTFILED | InVisionApp Inc. | 7100-000 | 3,660.00 | N/A | N/A | 0.00 |
| NOTFILED | Kasper & Frank LLP | 7100-000 | 6,857.50 | N/A | N/A | 0.00 |
| NOTFILED | Kount Inc. | 7100-000 | 2,171.42 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | LinkedIn | 7100-000 | 69,579.50 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Bobby C. Chung, PC | 7100-000 | 1,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Carl Shusterman | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | HGA-Hammel, Green and Abrahamson, Inc. | 7100-000 | 3,497.53 | N/A | N/A | 0.00 |
| NOTFILED | LinkedIn | 7100-000 | 294,441.00 | N/A | N/A | 0.00 |
| NOTFILED | Salesforce | 7100-000 | 13,500.00 | N/A | N/A | 0.00 |
| NOTFILED | WBE Security Control Systems | 7100-000 | 22,737.00 | N/A | N/A | 0.00 |
| NOTFILED | Phillips Computer Forensics | 7100-000 | 3,808.11 | N/A | N/A | 0.00 |
| WITHHOLD | Internal Revenue Service | 7100-000 | N/A | 1,406.34 | 1,406.34 | 1,406.34 |
| WITHHOLD | Internal Revenue Service | 7100-000 | N/A | 348.77 | 348.77 | 348.77 |
| WITHHOLD | Employment Development Dept | 7100-000 | N/A | 56.25 | 56.25 | 56.25 |
| WITHHOLD | Internal Revenue Service | 7100-000 | N/A | 81.57 | 81.57 | 81.57 |
| WITHHOLD | Employment Development Dept. | 7100-000 | N/A | 371.28 | 371.28 | 371.28 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,783,699.44 | $13,832,392.53 | $12,587,696.60 | $75,556.24 |

**UST Form 101-7-TDR (10/1/2010)**

Case: 17-30373   Doc# 232   Filed: 04/20/21   Entered: 04/20/21 10:57:54   Page 9 of 21

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 17-30373-HLB | **Trustee:** (001220) Andrea Wirum Chapter 7 Trustee |
| **Case Name:** TRAVANA, INC. | **Filed (f) or Converted (c):** 04/19/17 (f) |
| | **§341(a) Meeting Date:** 06/30/17 |
| **Period Ending:** 04/20/21 | **Claims Bar Date:** 09/25/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Receipt of funds from close out of BofA accounts (u) Received before schedules wre filed | 0.00 | 0.00 | | 324,234.20 | FA |
| 2 | Checking Account at Bank of America, xxxxxx8143 : See asset 1, Funds accounted for in asset 1 were received prior to schedules being filed | 413,681.60 | 413,681.60 | | 2,458.55 | FA |
| 3 | Lease deposit held by Advent Software, Inc. Collateral account at BofA secured an LC which was drawn down in favor of landlord | 1,794,094.25 | 1,794,094.25 | | 150,199.58 | FA |
| 4 | Beijing Holiday; deposit for transaction (u) Amount sent to China by debtor prior to filing and not recoverable | 75,000.00 | 75,000.00 | | 0.00 | FA |
| 5 | Office Equipment etc Office furniture was abandoned at leased premises prior to bankruptcy . Other equipment was abandoned Docket 88 | 197,926.43 | 75,000.00 | OA | 0.00 | FA |
| 6 | Cash on hand No cash on hand at time order for relief entered on involuntary petition | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Janbala name and logo . Valuation Method: no net recoverable value | Unknown | 0.00 | | 0.00 | FA |
| 8 | Janbala.com; travana.com . Valuation Method: No net recoverable value | Unknown | 0.00 | | 0.00 | FA |
| 9 | Intellectual property created in the business . No net recoverable value | Unknown | Unknown | | 0.00 | FA |
| 10 | void asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Checking Account at Bank of America, xxxxxx2704 (u) Bank account not scheduled | 0.00 | 0.00 | | 20,001.70 | FA |
| 12 | void | 0.00 | 0.00 | | 0.00 | FA |
| 13 | A/R Over 90 days old. Face amount = $13705.79. Uncollectible loan to former employee | 13,705.79 | 13,705.79 | | 0.00 | FA |
| 14 | void asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 15 | void asset entered in error | 0.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-30373-HLB | **Trustee:** | (001220) Andrea Wirum Chapter 7 Trustee |
| **Case Name:** TRAVANA, INC. | **Filed (f) or Converted (c):** | 04/19/17 (f) |
| | **§341(a) Meeting Date:** | 06/30/17 |
| **Period Ending:** 04/20/21 | **Claims Bar Date:** | 09/25/17 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | void asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Insurance Refund  (u)     Refund from Costello & sons insurance | 0.00 | 0.00 | | 7,877.00 | FA |
| 18 | Hartford Insurance refund  (u) | 0.00 | 0.00 | | 18,030.00 | FA |
| **18** | **Assets   Totals** (Excluding unknown values) | **$2,494,408.07** | **$2,371,481.64** | | **$522,801.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

7/7/20  Acountant was finally able to reach a live person at IRS and was told that due to COVID the return has not even been processed yet so it may be some time longer before a refund will issue

3/30/20  Accountant has called IRS to check on refund status and has not yet been able to obtain any information, likely due to COVID

1/14/20  Accountant calculated required Form 941 electronic deposit to Internal Revenue Service of $16,370.37.  She later discovered that the ACH amount she calclulated for me was $126 too high.  A  $126 refund has been applied for with the filing of the Form 941 return..  My attorney offered to wait to have his expenses paid until I have received the $126 refund.  So, I have voided his check and will rewrite it after receipt of refund so that the case will zero out.

7/7/20  Acountant was finally able to reach a live person at IRS and was told that due to COVID the return has not even been processed yet so it may be some time longer before a refund will issue

3/30/20  Accountant has called IRS to check on refund status and has not yet been able to obtain any information, likely due to COVID

1/14/20  Accountant calculated required Form 941 electronic deposit to Internal Revenue Service of $16,370.37.  She later discovered that the ACH amount she calclulated for me was $126 too high.  A  $126 refund has been applied for with the filing of the Form 941 return..  My attorney offered to wait to have his expenses paid until I have received the $126 refund.  So, I have voided his check and will rewrite it after receipt of refund so that the case will zero out.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2018    **Current Projected Date Of Final Report (TFR):**    September 11, 2019  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 17-30373-HLB | |
| **Case Name:** | TRAVANA, INC. | |
| **Taxpayer ID #:** | **-***6119 | |
| **Period Ending:** | 04/20/21 | |

| | |
|---|---|
| **Trustee:** | Andrea Wirum Chapter 7 Trustee (001220) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******1166 - Checking Account |
| **Blanket Bond:** | $53,535,167.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/14/17 | {1} | Bank of America | From closing of debtor accounts at BofA | 1229-000 | 324,234.20 | | 324,234.20 |
| 06/20/17 | {2} | Bank of America | additional funds received from BofA | 1129-000 | 2,458.55 | | 326,692.75 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 234.24 | 326,458.51 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 453.91 | 326,004.60 |
| 08/21/17 | {17} | Costello and Sons Insurance | Refund from Costello & Sons Insurance | 1229-000 | 7,877.00 | | 333,881.60 |
| 08/30/17 | 101 | Bacheki, Crom & Co., CPA'S | Payment of maintaining data per doc doc 69 | 2990-000 | | 11,711.26 | 322,170.34 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 519.24 | 321,651.10 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 450.59 | 321,200.51 |
| 10/23/17 | {18} | the Hartford | Insurance refund | 1229-000 | 11,446.00 | | 332,646.51 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 496.64 | 332,149.87 |
| 11/05/17 | {3} | Bank of America | Return of funds in collateral account resulting from prior draw on lease deposit LC and collateral account | 1129-000 | 150,199.58 | | 482,349.45 |
| 11/09/17 | {11} | Bank of America | Checking account 2704 not scheduled | 1229-000 | 20,001.70 | | 502,351.15 |
| 11/16/17 | 102 | Bacheki, Crom & Co., CPA'S | payment for maintaining data per order doc 69 | 2990-000 | | 7,777.61 | 494,573.54 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 640.95 | 493,932.59 |
| 12/15/17 | 103 | Rincon Law | First interim fee app doc 128 | 3110-000 | | 94,756.00 | 399,176.59 |
| 12/15/17 | 104 | Rincon Law | First interim expenses doc 128 | 3120-000 | | 117.09 | 399,059.50 |
| 12/15/17 | 105 | Bacheki, Crom & Co., CPA'S | First interim fee app doc 127<br>Voided on 01/08/18 | 3410-000 | | 31,442.50 | 367,617.00 |
| 12/15/17 | 106 | Bacheki, Crom & Co., CPA'S | First interim expenses  doc 127 | 3320-000 | | 823.86 | 366,793.14 |
| 12/27/17 | {18} | The Hartford | Insurance refund | 1229-000 | 6,584.00 | | 373,377.14 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 656.64 | 372,720.50 |
| 01/03/18 | 107 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2018 FOR CASE #17-30373, Payment on Bond 016048574 | 2300-000 | | 239.64 | 372,480.86 |
| 01/08/18 | 105 | Bacheki, Crom & Co., CPA'S | First interim fee app doc 127<br>Voided: check issued on 12/15/17 | 3410-000 | | -31,442.50 | 403,923.36 |
| 01/08/18 | 108 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 3410-000 | | 31,422.50 | 372,500.86 |
| 01/08/18 | 109 | Bacheki, Crom & Co., CPA'S | payment for maintaining data per order doc 69 | 2990-000 | | 7,777.61 | 364,723.25 |
| 01/22/18 | 110 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 4,112.54 | 360,610.71 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 601.56 | 360,009.15 |
| 02/09/18 | 111 | McNutt Law Group LLP | fees for counsel for petitioning creditors approved by court order | 3991-000 | | 53,565.50 | 306,443.65 |
| 02/09/18 | 112 | McNutt Law Group LLP | costs for counsel for petitioning creditor approved by court order | 3992-000 | | 495.14 | 305,948.51 |
| 02/21/18 | 113 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 3,896.57 | 302,051.94 |

| | | | Subtotals : | $522,801.03 | $220,749.09 | |

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-30373-HLB | **Trustee:** Andrea Wirum Chapter 7 Trustee (001220) |
| **Case Name:** TRAVANA, INC. | **Bank Name:** Mechanics Bank |
| | **Account:** ******1166 - Checking Account |
| **Taxpayer ID #:** **-***6119 | **Blanket Bond:** $53,535,167.00 (per case limit) |
| **Period Ending:** 04/20/21 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 444.04 | 301,607.90 |
| 03/27/18 | 114 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 3,697.15 | 297,910.75 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 433.81 | 297,476.94 |
| 04/25/18 | 115 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 3,999.96 | 293,476.98 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 413.61 | 293,063.37 |
| 05/10/18 | 116 | Franchise Tax Board | 2018 100 ES docket 157 | 2690-000 | | 800.00 | 292,263.37 |
| 05/30/18 | 117 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 3,853.29 | 288,410.08 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 463.75 | 287,946.33 |
| 06/19/18 | 118 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 4,037.33 | 283,909.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 399.74 | 283,509.26 |
| 07/20/18 | 119 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 3,894.63 | 279,614.63 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 434.22 | 279,180.41 |
| 08/20/18 | 120 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 3,995.21 | 275,185.20 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 413.60 | 274,771.60 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 210.78 | 274,560.82 |
| 10/24/18 | 121 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 Voided on 10/30/18 | 2990-000 | | 7,891.54 | 266,669.28 |
| 10/30/18 | 121 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 Voided: check issued on 10/24/18 | 2990-000 | | -7,891.54 | 274,560.82 |
| 10/30/18 | 122 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 4,145.03 | 270,415.79 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 248.23 | 270,167.56 |
| 01/25/19 | 123 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2019 FOR CASE #17-30373, Bond 016048574 | 2300-000 | | 116.65 | 270,050.91 |
| 01/30/19 | 124 | Franchise Tax Board | 2019 100 ES docket 157 | 2690-000 | | 800.00 | 269,250.91 |
| 02/04/19 | 125 | FTB ADMIN | Check created in error was not printed or sent Voided on 02/04/19 | 2690-000 | | 800.00 | 268,450.91 |
| 02/04/19 | 125 | FTB ADMIN | Check created in error was not printed or sent Voided: check issued on 02/04/19 | 2690-000 | | -800.00 | 269,250.91 |
| 02/19/19 | 126 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 510.00 | 268,740.91 |
| 03/22/19 | 127 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 170.00 | 268,570.91 |
| 04/19/19 | 128 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 170.00 | 268,400.91 |
| 05/21/19 | 129 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 170.00 | 268,230.91 |
| 07/01/19 | 130 | Bacheki, Crom & Co., CPA'S | Data preservation per order doc 69 | 2990-000 | | 170.00 | 268,060.91 |
| 12/12/19 | 131 | Andrea Wirum | Dividend paid 100.00% on $29,390.05, Trustee Compensation; Reference: | 2100-000 | | 29,390.05 | 238,670.86 |
| 12/12/19 | 132 | Andrea Wirum | Dividend paid 100.00% on $134.89, Trustee | 2200-000 | | 134.89 | 238,535.97 |

| | | | | Subtotals : | $0.00 | $63,515.97 | |

Exhibit 9

Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-30373-HLB | **Trustee:** Andrea Wirum Chapter 7 Trustee (001220) |
| **Case Name:** TRAVANA, INC. | **Bank Name:** Mechanics Bank |
| | **Account:** ******1166 - Checking Account |
| **Taxpayer ID #:** **-***6119 | **Blanket Bond:** $53,535,167.00 (per case limit) |
| **Period Ending:** 04/20/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Expenses; Reference: | | | | |
| 12/12/19 | 133 | Rincon Law | Dividend paid 100.00% on $81,048.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 81,048.00 | 157,487.97 |
| 12/12/19 | 134 | Rincon Law | Dividend paid 100.00% on $656.39, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided on 01/14/20 | 3120-000 | | 656.39 | 156,831.58 |
| 12/12/19 | 135 | Bachecki, Crom & Co., LLP | Dividend paid 100.00% on $22,289.00, Accountant for Trustee Fees (Trustee Firm); Reference: Stopped on 01/02/20 | 3310-000 | | 22,289.00 | 134,542.58 |
| 12/12/19 | 136 | Bachecki, Crom & Co., LLP | Dividend paid 100.00% on $74.49, Accountant for Trustee Expenses (Other Firm); Reference: Stopped on 01/02/20 | 3420-000 | | 74.49 | 134,468.09 |
| 12/12/19 | 137 | Internal Revenue Service | Dividend paid 100.00% on $2,150.36; Filed: $0.00 for FICA Voided on 12/13/19 | 5300-000 | | 2,150.36 | 132,317.73 |
| 12/12/19 | 138 | Internal Revenue Service | Dividend paid 100.00% on $8,670.79; Filed: $0.00 for Income Tax Voided on 12/13/19 | 5300-000 | | 8,670.79 | 123,646.94 |
| 12/12/19 | 139 | Internal Revenue Service | Dividend paid 100.00% on $502.92; Filed: $0.00 for Medicare Voided on 12/13/19 | 5300-000 | | 502.92 | 123,144.02 |
| 12/12/19 | 140 | EDD | Dividend paid 100.00% on $2,289.09; Filed: $0.00 for CA Income Tax | 5300-000 | | 2,289.09 | 120,854.93 |
| 12/12/19 | 141 | EDD | Dividend paid 100.00% on $346.83; Filed: $0.00 for SDI | 5300-000 | | 346.83 | 120,508.10 |
| 12/12/19 | 142 | JULIE ANN D LLAGUNA | Final Distribution paid on Claim #6; Reference: | 5300-000 | | 5,367.44 | 115,140.66 |
| 12/12/19 | 143 | Ahmet Sevket Seyalioglu | Final Distribution paid on Claim #25P; Reference: | 5300-000 | | 7,677.87 | 107,462.79 |
| 12/12/19 | 144 | Jason Chen | Final Distribution paid on Claim #27P; Reference: | 5300-000 | | 7,677.87 | 99,784.92 |
| 12/12/19 | 145 | Internal Revenue Service | Dividend paid 100.00% on $2,150.36; Filed: $0.00 for FICA Voided on 12/13/19 | 5800-000 | | 2,150.36 | 97,634.56 |
| 12/12/19 | 146 | Internal Revenue Service | Dividend paid 100.00% on $126.00; Filed: $0.00 for FUTA Voided on 12/13/19 | 5800-000 | | 126.00 | 97,508.56 |

| | | | Subtotals : | | $0.00 | $141,027.41 | |

Exhibit 9

Page: 4

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 17-30373-HLB |
| Case Name: | TRAVANA, INC. |
| Taxpayer ID #: | **-***6119 |
| Period Ending: | 04/20/21 |

| | |
|---|---|
| Trustee: | Andrea Wirum Chapter 7 Trustee (001220) |
| Bank Name: | Mechanics Bank |
| Account: | ******1166 - Checking Account |
| Blanket Bond: | $53,535,167.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/19 | 147 | Internal Revenue Service | Dividend paid 100.00% on $502.92; Filed: $0.00 for Medicare<br>Voided on 12/13/19 | 5800-000 | | 502.92 | 97,005.64 |
| 12/12/19 | 148 | Employment Development Department | Dividend paid 100.00% on $1,302.00; Filed: $0.00 for Cal SUTA emp | 5800-000 | | 1,302.00 | 95,703.64 |
| 12/12/19 | 149 | Internal Revenue Service | Final Distribution paid on Claim# 2P-3; Reference: | 5800-000 | | 10,968.82 | 84,734.82 |
| 12/12/19 | 150 | Franchise Tax Board | Final Distribution paid on Claim# 5; Reference: | 5800-000 | | 829.28 | 83,905.54 |
| 12/12/19 | 151 | Connecticut Department of Revenue Services | Final Distribution paid on Claim# 14P; Reference: | 5800-000 | | 7,918.96 | 75,986.58 |
| 12/12/19 | 152 | Internal Revenue Service | Final Distribution paid on Claim# EMPLOYER; Reference:<br>Voided on 12/13/19 | 5800-000 | | 348.77 | 75,637.81 |
| 12/12/19 | 153 | Internal Revenue Service | Final Distribution paid on Claim# EMPLOYER; Reference:<br>Voided on 12/13/19 | 5800-000 | | 81.57 | 75,556.24 |
| 12/12/19 | 154 | Ahmet Sevket Seyalioglu | Final Distribution paid on Claim# 25U; Reference: | 7100-000 | | 441.12 | 75,115.12 |
| 12/12/19 | 155 | Jason Chen | Final Distribution paid on Claim# 27U; Reference: | 7100-000 | | 2,920.03 | 72,195.09 |
| 12/12/19 | 156 | Employment Development Dept | Final Distribution paid on Claim# WITHHOLD; Reference: | 7100-000 | | 56.25 | 72,138.84 |
| 12/12/19 | 157 | Employment Development Dept. | Final Distribution paid on Claim# WITHHOLD; Reference: | 7100-000 | | 371.28 | 71,767.56 |
| 12/12/19 | 158 | Internal Revenue Service | Final Distribution paid on Claim# WITHHOLD; Reference:<br>Voided on 12/13/19 | 7100-000 | | 81.57 | 71,685.99 |
| 12/12/19 | 159 | Internal Revenue Service | Final Distribution paid on Claim# WITHHOLD; Reference:<br>Voided on 12/13/19 | 7100-000 | | 348.77 | 71,337.22 |
| 12/12/19 | 160 | Internal Revenue Service | Final Distribution paid on Claim# WITHHOLD; Reference:<br>Voided on 12/13/19 | 7100-000 | | 1,406.34 | 69,930.88 |
| 12/12/19 | 161 | Modis, Inc. | Final Distribution paid on Claim# 1; Reference:<br>Stopped on 04/13/20 | 7100-000 | | 114.43 | 69,816.45 |
| 12/12/19 | 162 | Internal Revenue Service | Final Distribution paid on Claim# 2U-3; Reference: | 7100-000 | | 20.15 | 69,796.30 |
| 12/12/19 | 163 | W. Bradley Electric Inc. | Final Distribution paid on Claim# 3; Reference: | 7100-000 | | 126.57 | 69,669.73 |
| 12/12/19 | 164 | QL2 Software, LLC | Final Distribution paid on Claim# 4; Reference: | 7100-000 | | 215.22 | 69,454.51 |

| | | |
|---|---|---|
| Subtotals : | $0.00 | $28,054.05 |

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 17-30373-HLB | **Trustee:** Andrea Wirum Chapter 7 Trustee (001220) |
| **Case Name:** TRAVANA, INC. | **Bank Name:** Mechanics Bank |
| | **Account:** ******1166 - Checking Account |
| **Taxpayer ID #:** **-***6119 | **Blanket Bond:** $53,535,167.00 (per case limit) |
| **Period Ending:** 04/20/21 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/12/19 | 165 | TripAdvisor.com | Final Distribution paid on Claim# 7; Reference: | 7100-000 | | 55.67 | 69,398.84 |
| 12/12/19 | 166 | AMERICAN EXPRESS BANK, FSB | Final Distribution paid on Claim# 8; Reference: | 7100-000 | | 26.22 | 69,372.62 |
| 12/12/19 | 167 | Atlas Corps | Final Distribution paid on Claim# 9; Reference: | 7100-000 | | 139.17 | 69,233.45 |
| 12/12/19 | 168 | Morgan, Lewis & Bockius LLP | Final Distribution paid on Claim# 10; Reference: | 7100-000 | | 1,501.56 | 67,731.89 |
| 12/12/19 | 169 | Wilbert C. Messer | Final Distribution paid on Claim# 11; Reference: | 7100-000 | | 9,202.56 | 58,529.33 |
| 12/12/19 | 170 | Cupertino Electric, Inc. | Final Distribution paid on Claim# 12; Reference: | 7100-000 | | 99.42 | 58,429.91 |
| 12/12/19 | 171 | Sophia Ruffo | Final Distribution paid on Claim# 13; Reference:<br>Stopped on 04/13/20 | 7100-000 | | 1.51 | 58,428.40 |
| 12/12/19 | 172 | Connecticut Department of Revenue Services | Final Distribution paid on Claim# 14U; Reference: | 7100-000 | | 2.85 | 58,425.55 |
| 12/12/19 | 173 | Intelenet America LLC | Final Distribution paid on Claim# 15; Reference: | 7100-000 | | 236.71 | 58,188.84 |
| 12/12/19 | 174 | Hogan Lovells US LLP | Final Distribution paid on Claim# 16U; Reference: | 7100-000 | | 1,032.40 | 57,156.44 |
| 12/12/19 | 175 | Masergy Cloud Communications, Inc. | Final Distribution paid on Claim# 17; Reference: | 7100-000 | | 24.27 | 57,132.17 |
| 12/12/19 | 176 | Fareportal, Inc. | Final Distribution paid on Claim# 18 -2; Reference: | 7100-000 | | 55,669.98 | 1,462.19 |
| 12/12/19 | 177 | Automated Commission Technologies, Inc. | Final Distribution paid on Claim# 19; Reference: | 7100-000 | | 579.41 | 882.78 |
| 12/12/19 | 178 | Zukerman Gore Brandeis & Crossman, LLP | Final Distribution paid on Claim# 20; Reference: | 7100-000 | | 584.86 | 297.92 |
| 12/12/19 | 179 | Upwork Global Inc. | Final Distribution paid on Claim# 21; Reference:<br>Stopped on 04/13/20 | 7100-000 | | 30.01 | 267.91 |
| 12/12/19 | 180 | Six Degrees Law Group | Final Distribution paid on Claim# 23P; Reference:<br>Stopped on 04/13/20 | 7100-000 | | 37.89 | 230.02 |
| 12/12/19 | 181 | Six Degrees Law Group | Final Distribution paid on Claim# 23U; Reference:<br>Stopped on 04/13/20 | 7100-000 | | 6.51 | 223.51 |
| 12/12/19 | 182 | Nishith Kumar | Final Distribution paid on Claim# 24 -2; Reference: | 7100-000 | | 194.84 | 28.67 |
| 12/12/19 | 183 | Patriek Karayil | Final Distribution paid on Claim# 26; Reference: | 7100-000 | | 28.67 | 0.00 |
| | | | Subtotals : | | $0.00 | $69,454.51 | |

Case: 17-30373   Doc# 232   Filed: 04/20/21   Entered: 04/20/21 10:57:54   Page 16 of 21

Exhibit 9

Page: 6

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-30373-HLB

**Case Name:** TRAVANA, INC.

**Taxpayer ID #:** **-***6119

**Period Ending:** 04/20/21

**Trustee:** Andrea Wirum Chapter 7 Trustee (001220)

**Bank Name:** Mechanics Bank

**Account:** ******1166 - Checking Account

**Blanket Bond:** $53,535,167.00 (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 04/13/20 | | | | |
| 12/13/19 | 137 | Internal Revenue Service | Dividend paid 100.00% on $2,150.36; Filed:<br>$0.00 for FICA<br>Voided: check issued on 12/12/19 | 5300-000 | | -2,150.36 | 2,150.36 |
| 12/13/19 | 138 | Internal Revenue Service | Dividend paid 100.00% on $8,670.79; Filed:<br>$0.00 for Income Tax<br>Voided: check issued on 12/12/19 | 5300-000 | | -8,670.79 | 10,821.15 |
| 12/13/19 | 139 | Internal Revenue Service | Dividend paid 100.00% on $502.92; Filed:<br>$0.00 for Medicare<br>Voided: check issued on 12/12/19 | 5300-000 | | -502.92 | 11,324.07 |
| 12/13/19 | 145 | Internal Revenue Service | Dividend paid 100.00% on $2,150.36; Filed:<br>$0.00 for FICA<br>Voided: check issued on 12/12/19 | 5800-000 | | -2,150.36 | 13,474.43 |
| 12/13/19 | 146 | Internal Revenue Service | Dividend paid 100.00% on $126.00; Filed:<br>$0.00 for FUTA<br>Voided: check issued on 12/12/19 | 5800-000 | | -126.00 | 13,600.43 |
| 12/13/19 | 147 | Internal Revenue Service | Dividend paid 100.00% on $502.92; Filed:<br>$0.00 for Medicare<br>Voided: check issued on 12/12/19 | 5800-000 | | -502.92 | 14,103.35 |
| 12/13/19 | 152 | Internal Revenue Service | Final Distribution paid on Claim# EMPLOYER;<br>Reference:<br>Voided: check issued on 12/12/19 | 5800-000 | | -348.77 | 14,452.12 |
| 12/13/19 | 153 | Internal Revenue Service | Final Distribution paid on Claim# EMPLOYER;<br>Reference:<br>Voided: check issued on 12/12/19 | 5800-000 | | -81.57 | 14,533.69 |
| 12/13/19 | 158 | Internal Revenue Service | Final Distribution paid on Claim# WITHHOLD;<br>Reference:<br>Voided: check issued on 12/12/19 | 7100-000 | | -81.57 | 14,615.26 |
| 12/13/19 | 159 | Internal Revenue Service | Final Distribution paid on Claim# WITHHOLD;<br>Reference:<br>Voided: check issued on 12/12/19 | 7100-000 | | -348.77 | 14,964.03 |
| 12/13/19 | 160 | Internal Revenue Service | Final Distribution paid on Claim# WITHHOLD;<br>Reference:<br>Voided: check issued on 12/12/19 | 7100-000 | | -1,406.34 | 16,370.37 |
| 12/17/19 | | Internal Revenue Service | reverse dupilcate adj | 5800-000 | | -126.00 | 16,496.37 |
| 12/17/19 | | Internal Revenue Service | Dividend paid 100.00% on $126.00; Filed:<br>$0.00 for FUTA | 5800-000 | | 126.00 | 16,370.37 |
| 12/17/19 | | Internal Revenue Service | ACH required by IRS Form 940 payment | 5800-000 | | 126.00 | 16,244.37 |
| 01/02/20 | 135 | Bachecki, Crom & Co., LLP | Dividend paid 100.00% on $22,289.00, | 3310-000 | | -22,289.00 | 38,533.37 |

| | Subtotals : | $0.00 | $-38,533.37 |
|---|---|---|---|

Case: 17-30373    Doc# 232    Filed: 04/20/21    Entered: 04/20/21 10:57:54    Page 17 of
21

Exhibit 9

Page: 7

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 17-30373-HLB | |
| **Case Name:** | TRAVANA, INC. | |
| **Taxpayer ID #:** | **-***6119 | |
| **Period Ending:** | 04/20/21 | |

| | |
|---|---|
| **Trustee:** | Andrea Wirum Chapter 7 Trustee (001220) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******1166 - Checking Account |
| **Blanket Bond:** | $53,535,167.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Accountant for Trustee Fees (Trustee Firm); Reference: Stopped: check issued on 12/12/19 | | | | |
| 01/02/20 | 136 | Bachecki, Crom & Co., LLP | Dividend paid 100.00% on $74.49, Accountant for Trustee Expenses (Other Firm);  Reference: Stopped: check issued on 12/12/19 | 3420-000 | | -74.49 | 38,607.86 |
| 01/02/20 | 184 | Bachecki, Crom & Co., LLP | | 3310-000 | | 22,289.00 | 16,318.86 |
| 01/02/20 | 185 | Bachecki, Crom & Co., LLP | | 3420-000 | | 74.49 | 16,244.37 |
| 01/14/20 | 134 | Rincon Law | Dividend paid 100.00% on $656.39, Attorney for Trustee Expenses (Trustee Firm); Reference: Voided: check issued on 12/12/19 | 3120-000 | | -656.39 | 16,900.76 |
| 01/14/20 | | Internal Revenue Service | ACH required by IRS Form 941 payment | | | 16,370.37 | 530.39 |
| | | | Employee FICA withholding | 2,150.36 | 5300-000 | | 530.39 |
| | | | Employee Income Tax withholding | 8,670.79 | 5300-000 | | 530.39 |
| | | | Employee medicare withholding | 502.92 | 5300-000 | | 530.39 |
| | | | Employer FICA | 2,150.36 | 5800-000 | | 530.39 |
| | | | Employer Medicare | 502.92 | 5800-000 | | 530.39 |
| | | | Employer SDI | 348.77 | 5800-000 | | 530.39 |
| | | | Employer | 81.57 | 5800-000 | | 530.39 |
| | | | Employee medicare withhold | 81.57 | 7100-000 | | 530.39 |
| | | | Employee withhold SDI | 348.77 | 7100-000 | | 530.39 |
| | | | Employee income tax withheld | 1,406.34 | 7100-000 | | 530.39 |
| | | | ACH overpayment to be refunded by IRS | 126.00 | 2990-000 | | 530.39 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fee | 2600-000 | | 5.00 | 525.39 |
| 04/13/20 | 161 | Modis, Inc. | Final Distribution paid on Claim# 1; Reference: Stopped: check issued on 12/12/19 | 7100-000 | | -114.43 | 639.82 |
| 04/13/20 | 171 | Sophia Ruffo | Final Distribution paid on Claim# 13; Reference: Stopped: check issued on 12/12/19 | 7100-000 | | -1.51 | 641.33 |
| 04/13/20 | 179 | Upwork Global Inc. | Final Distribution paid on Claim# 21; Reference: | 7100-000 | | -30.01 | 671.34 |

Subtotals :   $0.00   $37,862.03

{} Asset reference(s)                                                                                                        Printed: 04/20/2021 10:02 AM   V.20.33

Exhibit 9

Page: 8

# Form 2
## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 17-30373-HLB | |
| **Case Name:** | TRAVANA, INC. | |
| **Taxpayer ID #:** | **-***6119 | |
| **Period Ending:** | 04/20/21 | |

| | |
|---|---|
| **Trustee:** | Andrea Wirum Chapter 7 Trustee (001220) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******1166 - Checking Account |
| **Blanket Bond:** | $53,535,167.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped: check issued on 12/12/19 | | | | |
| 04/13/20 | 180 | Six Degrees Law Group | Final Distribution paid on Claim# 23P;<br>Reference:<br>Stopped: check issued on 12/12/19 | 7100-000 | | -37.89 | 709.23 |
| 04/13/20 | 181 | Six Degrees Law Group | Final Distribution paid on Claim# 23U;<br>Reference:<br>Stopped: check issued on 12/12/19 | 7100-000 | | -6.51 | 715.74 |
| 04/13/20 | 183 | Patriek Karayil | Final Distribution paid on Claim# 26;<br>Reference:<br>Stopped: check issued on 12/12/19 | 7100-000 | | -28.67 | 744.41 |
| 04/14/20 | | Mechanics Bank | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -5.00 | 749.41 |
| 03/23/21 | 186 | United States Bankruptcy Court<br>Registry | Uncashed check amounts to be deposited in<br>registry<br>Stopped on 04/12/21 | 7100-000 | | 219.02 | 530.39 |
| 03/23/21 | 187 | Rincon Law | See Docket 230 | 3120-000 | | 530.39 | 0.00 |
| 04/12/21 | 186 | United States Bankruptcy Court<br>Registry | Uncashed check amounts to be deposited in<br>registry<br>Stopped: check issued on 03/23/21 | 7100-000 | | -219.02 | 219.02 |
| 04/13/21 | 188 | United States Bankruptcy Court<br>Registry | | 7100-000 | | 219.02 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 522,801.03 | 522,801.03 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | **522,801.03** | **522,801.03** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$522,801.03** | **$522,801.03** | |

{} Asset reference(s)                                                                          Printed: 04/20/2021 10:02 AM    V.20.33

Exhibit 9

Page: 9

# Form 2

## Cash Receipts And Disbursements Record

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case Number: | 17-30373-HLB | | | Trustee: | Andrea Wirum Chapter 7 Trustee (001220) | | |
| Case Name: | TRAVANA, INC. | | | Bank Name: | East West Bank | | |
| | | | | Account: | ******0036 - Checking Account | | |
| Taxpayer ID #: | **-***6119 | | | Blanket Bond: | $53,535,167.00  (per case limit) | | |
| Period Ending: | 04/20/21 | | | Separate Bond: | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                      Printed: 04/20/2021 10:02 AM    V.20.33

Exhibit 9

Page: 10

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 17-30373-HLB |
| Case Name: | TRAVANA, INC. |
| Taxpayer ID #: | **-***6119 |
| Period Ending: | 04/20/21 |

| | |
|---|---|
| Trustee: | Andrea Wirum Chapter 7 Trustee (001220) |
| Bank Name: | East West Bank |
| Account: | ******0036 - Checking Account |
| Blanket Bond: | $53,535,167.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking # ******1166 | 522,801.03 | 522,801.03 | 0.00 |
| Checking # ******0036 | 0.00 | 0.00 | 0.00 |
| | $522,801.03 | $522,801.03 | $0.00 |

{} Asset reference(s)                                                                                       Printed: 04/20/2021 10:02 AM    V.20.33